**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Yitzchak Kopel (*Pro hac vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: ykopel@bursor.com

*Attorneys for Plaintiff*

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

6/22/2021

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

EDWARD TROMBLE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WESTERN DIGITAL CORPORATION,

Defendant.

Case No. 4:20-cv-08102-YGR

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Judge: Hon. Yvonne Gonzalez Rogers

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Edward Tromble hereby dismisses his claims against Defendant Western Digital Corporation without prejudice.

Dated: June 22, 2021                       Respectfully submitted,

                                        **BURSOR & FISHER, P.A.**

                                        By:   */s/ L. Timothy Fisher*
                                                   L. Timothy Fisher

                                        L. Timothy Fisher (State Bar No. 191626)
                                        1990 North California Blvd., Suite 940
                                        Walnut Creek, CA 94596
                                        Telephone: (925) 300-4455
                                        Facsimile: (925) 407-2700
                                        Email: ltfisher@bursor.com

                                        **BURSOR & FISHER, P.A.**
                                        Yitzchak Kopel (*Pro hac vice*)
                                        888 Seventh Avenue, Third Floor
                                        New York, NY 10019
                                        Telephone: (646) 837-7150
                                        Facsimile: (212) 989-9163
                                        E-Mail: ykopel@bursor.com

                                        *Attorneys for Plaintiff*